[No. 26432-3-II.   Division Two.   October 25, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN ALLEN BROWER, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 99-1-00847-0, Stephen M. Warning, J., entered September 11, 2000. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Seinfeld and Bridgewater, JJ.

[No. 26827-2-II.   Division Two.   October 25, 2002.]

SUSAN G.M. CASE, *Respondent*, v. JAMES J. WEST, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 00-2-30060-1, H. Christopher Wickham, J. Pro Tem., entered December 29, 2000. *Reversed* by unpublished opinion per Morgan, J., concurred in by Seinfeld and Bridgewater, JJ.

[No. 27195-8-II.   Division Two.   October 25, 2002.]

*In the Matter of the Parentage of* TREVOR LEWIS NAPOLEON.

SUSAN JAMES, *Appellant*, v. TAMARA BLACKWELL, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 96-5-50128-8, Christine A. Pomeroy, J., entered March 9, 2001. *Remanded* by unpublished opinion per Morgan, J., concurred in by Seinfeld and Bridgewater, JJ.

[No. 27357-8-II.   Division Two.   October 25, 2002.]

JO ANNE BOCK, ET AL., *Appellants*, v. WILLIAM D. WATSON, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 00-2-06230-9, Kitty-Ann van Doorninck, J., entered May 4, 2001. *Reversed* by unpublished opinion per Seinfeld, J., concurred in by Hunt, C.J., and Bridgewater, J.